UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

v.

JILL STRAHAN, et al.,

    Defendants.
_____/

Case No. 2:16-CV-263

HON. GORDON J. QUIST

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

On July 11, 2017, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Plaintiff's motion for injunctive relief. The Report and Recommendation was duly served on Plaintiff on July 12, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the July 11, 2017, Report and Recommendation (ECF No. 36) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (ECF No. 15) is **DENIED**.

Dated: September 26, 2017                /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE